# United States Court of Appeals
# for the Fifth Circuit

No. 21-50544

BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND TRAINMEN,

*Plaintiff—Appellee*,

*versus*

UNION PACIFIC RAILROAD COMPANY,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-122

Before SOUTHWICK, GRAVES, and COSTA, *Circuit Judges*.

PER CURIAM:

  IT IS ORDERED that appellant's motion for stay pending appeal is DENIED.