# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-50544

---

Brotherhood of Locomotive Engineers and Trainmen,

*Plaintiff—Appellee,*

versus

Union Pacific Railroad Company,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-122

---

ORDER:

IT IS ORDERED that the appellant's opposed motion to stay the injunction pending appeal is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT