# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 30, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-50544    BLET v. Union Pacific Railroad
                   USDC No. 3:21-CV-122

Enclosed is an order entered in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Charles Whitney*

                              By: _____
                              Charles B. Whitney, Deputy Clerk
                              504-310-7679

Ms. Jeannette Clack
Mr. Robert S. Hawkins
Mr. Oscar Arnulfo Lara
Mr. Michael Maratto
Mr. Joshua McInerney
Mr. Donald James Munro
Mr. James Petroff
Mr. Carlos Rincon
Mr. Andrew J. Rolfes
Mr. James Roddy Tanner