# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 10, 2022
Lyle W. Cayce
Clerk

No. 21-50544

Brotherhood of Locomotive Engineers and Trainmen,

*Plaintiff—Appellee*,

*versus*

Union Pacific Railroad Company,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CV-122

ON PETITION FOR REHEARING EN BANC

Before Dennis, Higginson, and Costa, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.