# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 6, 2022

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS
RECEIVED
JUL 11 2022
FIFTH CIRCUIT

Re: Union Pacific Railroad Company
v. Brotherhood of Locomotive Engineers and Trainmen
Application No. 22A6
(Your No. 21-50544)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on July 6, 2022, extended the time to and including September 7, 2022.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Emily Walker
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Thomas Henderson Dupree, Jr.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC 20036


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130