# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

September 9, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Union Pacific Railroad Company
v. Brotherhood of Locomotive Engineers and Trainmen
No. 22-220
(Your No. 21-50544)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 7, 2022 and placed on the docket September 9, 2022 as No. 22-220.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

